**Wilburn HUDSPETH and Raymond Wyatt, Appellants, v. William H. HIATT, Warden, United States Penitentiary, Atlanta, Georgia.**

No. 13514.

United States Court of Appeals
Fifth Circuit.

April 23, 1951.

Writ of Certiorari Denied May 28, 1951.

See 71 S.Ct. 998.

Wilburn Hudspeth and Raymond Wyatt, pro se.

Harvey H. Tisinger, Asst. U.S. Atty., J. Ellis Mundy, U.S. Atty., Atlanta, Ga., for appellee.

Before HUTCHESON, Chief Judge, and HOLMES and BORAH, Circuit Judges.

PER CURIAM.

These appeals from a denial of a writ of habeas corpus following a denial of a motion to vacate the judgment under 28 U.S. C.A. § 2255, Hudspeth v. U.S., 6 Cir., 183 F.2d 68, attack as invalid, upon the authority of Dawes v. Gough, 5 Cir., 170 F.2d 396, the indictment under which they were convicted. The case invoked does not at all sustain their contention. The judgment appealed from was rightly entered. It is affirmed.

**Thelma M. Almy MURRAY, Appellant, v. UNITED STATES of America, Appellee.**
**CITIZENS COMMERCIAL & SAVINGS BANK, a Michigan Corporation, Administrator for George Almy, Jr., Interpleaded Defendant and Cross-Appellee.**

No. 11195.

United States Court of Appeals
Sixth Circuit.

April 4, 1951.

Walter C. Jones and Maurine L. Jones, Flint, Mich., for appellant.

Edward T. Kane, Bay City, Mich., McTaggart & Krapohl, Flint, Mich., Janet Kinnane, Bay City, Mich., for appellees.

Before HICKS, Chief Judge, and ALLEN and MARTIN, Circuit Judges.

PER CURIAM.

This cause was heard upon the transcript of record, briefs and arguments of counsel, and upon consideration thereof

It is ordered and adjudged that the judgment appealed from be and the same is affirmed upon the grounds and for the reasons set forth in the opinion of the District Court filed January 9, 1950.